# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA ALFARO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANTER BY PIERCING PAGODA, an Ohio corporation; PIERCING PAGODA, an Ohio corporation; ZALE DELAWARE, INC., a Delaware corporation; AMANDA HORN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 8:22-cv-00266-CJC-ADS<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**ORDER RE STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE**<br><br>State Action Filed:  December 21, 2021<br>Removal Date:  February 18, 2022<br><br>*(Orange County Superior Court, Case No.: 30-2021-01237686-CU-OE-CXC)* |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
8484 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
(310) 438-5555

# ORDER

The Court, having read and considered the foregoing stipulation of the Parties, and good cause appearing therefor, orders as follows:

1. The above captioned action is dismissed without prejudice as to all claims.

2. Each party shall bear their own attorneys' fees and costs in connection with this dismissal.

Dated: May 23, 2022

_____
Hon. Cormac J. Carney